IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| MICHELL WILLIAMS o/b/o E.W. | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| MICHAEL J. ASTRUE | : | NO. 10-2551 |

## ORDER

**AND NOW,** this 18th day of May, 2011, upon consideration of Plaintiff's Motion for Summary Judgment and Request for Review (Document No. 14), the defendant's response (Document No. 16), the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Document No. 19), and the Plaintiff's Objections to the Report and Recommendation (Document No. 24), and after a thorough and independent review of the record, it is **ORDERED** that:

1. The plaintiff's objections to the Report and Recommendation are overruled;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

3. The plaintiff's request for review is **DENIED**.

/s/Timothy J. Savage
TIMOTHY J. SAVAGE, J.